UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENNETH ODOM

v.                                             CASE NO.  3:13 cv  1231 (SRU)

DIVERSIFIED CONSULTANTS, INC.

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant hereby agree and stipulate that the within action may be dismissed with prejudice and without costs or fees to any party.

THE PLAINTIFF

By__/s/ Joanne S. Faulkner____
Joanne S. Faulkner ct04137
123 Avon Street
New Haven CT 06511
 (203) 772-0395

THE  DEFENDANT

THE SALVO LAW FIRM, PC

By: s/  Cindy D. Salvo_____
Cindy D. Salvo, Esq.

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
Fax: (973) 900-8800